PROB 12C
(6/16)

Report Date: September 30, 2021

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jon D. Lantis | Case Number: 0980 1:14CR02021-TOR-1 |
| Address of Offender: ███████████, Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: October 27, 2014 | |
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) |
| Original Sentence: Prison - 96 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: TBD | Date Supervision Commenced: February 26, 2021 |
| Defense Attorney: Alison Klare Guernsey | Date Supervision Expires: February 25, 2024 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.
 | **Supporting Evidence**: Mr. Lantis is alleged to have violated his conditions of supervised release by possessing and administering a controlled substance, marijuana, on or about September 17, 2021.
 | Mr. Lantis' supervised release conditions were reviewed with him on February 26, 2021. The offender signed his conditions of supervision, acknowledging an understanding of his conditions which includes standard condition number 7, as noted above.
 | On September 17, 2021, this officer conducted a random home visit for the purpose of monitoring compliance. Mr. Lantis was not home; however, his sister disclosed Mr. Lantis was growing five marijuana plants behind her residence. She escorted supervisory officer Jose Zepeda and this officer to the back of the residence and gave authorization to remove the plants.

Prob12C
Re: Lantis, Jon D.
September 30, 2021
Page 2

On September 20, 2021, Mr. Lantis admitted to this officer that he was aware the marijuana plants were located in the back of the residence, which is a shared property space.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 30, 2021

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

September 30, 2021
Date